# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                )
                                      )
The Dressing Room, LLC,               )    Bankruptcy No.   13 B 05198
                                      )
        Debtor(s)                     )
                                      )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, N. Neville Reid, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: The Dressing Room, LLC
Bankruptcy No. 13 B 05198

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**N. Neville Reid**
nreid@fslc.com

*Debtor's Attorney*
**Christopher D. Kruger**
ckruger@ameritech.net

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
**The Dressing Room, LLC**
4752 N. Lincoln Ave.
Chicago, IL 60625-2010